## ESSEX SAVINGS BANK *v.* JEFFREY W. NAVIN ET AL.
### (11196)

DUPONT, C. J., LANDAU and HEIMAN, Js.

Argued February 22—decision released March 16, 1993

*Kenneth R. Davis,* for the appellant (named defendant).

*John S. Bennet,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.